[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-10537
Non-Argument Calendar
_____

D.C. Docket No. 1:07-cr-20563-DLG-4

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JESUS CERVANTES-GUZMAN,
a.k.a. Hugo Quintino-Pantoja,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(July 17, 2012)

Before CARNES, WILSON and HILL, Circuit Judges.

PER CURIAM:

Tracy Dreispul, appointed counsel for Jesus Cervantes-Guzman in this appeal from the denial of Cervantes-Guzman's motion for a sentence reduction, pursuant to 18 U.S.C. § 3582(c)(2), has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the denial of Cervantes-Guzman's motion is **AFFIRMED**.